

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00768-CV

**IN THE INTEREST OF L.S.R.**, J.A.L., and P.L., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02034
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are not assessed against appellant Mother because she qualifies as indigent.

SIGNED August 9, 2023.

_____
Irene Rios, Justice